**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

CHARLES PEARCE

                                                                                                    PLAINTIFF

V.                        NO: 4:11CV00209 HDY

GARY ANDREWS *et al.*                                                        DEFENDANTS

**ORDER**

In response to the Court's order of June 17, 2011 (docket entry #19), and in anticipation of the pre-jury evidentiary hearing scheduled for October 24, 2011, at 11:00 a.m., in Room #2B, of the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas; Plaintiff has submitted a proposed witness list requesting eight witnesses other than himself (docket entry #21). The Court notes that the evidentiary hearing to be conducted is limited in scope. Due to this limited scope, the Court concludes that Plaintiff's requested witnesses should be denied.

IT IS THEREFORE ORDERED THAT:

1.     Due to the limited nature of the evidentiary hearing, all of Plaintiff's proposed witnesses are denied.

2.     Because Plaintiff is no longer in custody, he is responsible for his attendance at the hearing.

DATED this   23   day of September, 2011.

                                                          UNITED STATES MAGISTRATE JUDGE